```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

 SATNAM SINGH,

                        Petitioner,            **MEMORANDUM & ORDER**
                                               26-CV-292 (EK)
            -against-

 RAUL MALDONADO, WARDEN, BROOKLYN
 METROPOLITAN DETENTION CENTER et al.,

                        Respondents.

-------------------------------------x
```
ERIC KOMITEE, United States District Judge:

        Satnam Singh petitions for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. He asserts that he is being wrongfully detained by Respondents pursuant to 8 U.S.C. 1225(b)(2)(A) and, accordingly, has been denied the bond determination to which he is entitled under 8 U.S.C. § 1226(a). *See* Pet. ¶¶ 2, 18, ECF No. 1. On January 20, he moved for (1) an order requiring Respondents to show cause within three days why the petition should not be granted; and (2) an order prohibiting Respondents from transferring Petitioner out of the jurisdiction while his petition remains pending. ECF No. 3. For the reasons below, Petitioner's motion is granted, except as to the requirement that Respondents reply within three days. *See generally In re Habeas Corpus Cases*, 216 F.R.D. 52 (E.D.N.Y. 2003).

By 5:00 p.m. on January 27, Respondents are ordered to show cause why the petition should not be granted for substantially the same reasons articulated in the Court's November 18, 2025 preliminary-injunction order in *Sarmiento Guerro v. Noem*, No. 25-5881, 2025 WL 3214787. Petitioner should serve his reply, if any, by 5:00 p.m. on January 30. The parties shall be prepared to appear before the undersigned — if the Court deems oral argument necessary — on February 4 at 11:30 a.m. in Courtroom 6G North of the Brooklyn Federal Courthouse.

To preserve the Court's jurisdiction pending final disposition of the petition, Respondents are enjoined from moving Singh outside the jurisdiction of this Court or the United States. *Ozturk v. Hyde*, 136 F.4th 382, 394-95 (2d Cir. 2025) (court may issue order under All Writs Act, 28 U.S.C. § 1651, to "protect its proceedings"); *see, e.g.*, *G.F.F. et al. v. Trump et al.*, No. 25-CV-2886, 2025 WL 1063414 (S.D.N.Y. Apr. 8, 2025) ("[T]o preserve the Court's jurisdiction, Petitioners shall neither be removed from the United States, nor transferred out of this District, unless and until the Court orders otherwise."); TRO Order, *Gonzales Lopez v. Trump et al.*, No. 25-CV-863 (D. Vt. November 1, 2025), ECF No. 3 (same).

The Court respectfully requests that Clerk of Court provide a courtesy copy of this Order to the Chief of the Civil

Division of the United States Attorney's Office for the Eastern District of New York by electronic mail.

SO ORDERED.

                                                                                                                                          /s/ Eric Komitee
                                                       ERIC KOMITEE
                                                       United States District Judge

Dated:     January 20, 2026
             Brooklyn, New York